## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TERRY PENISTER**                                                      **PLAINTIFF**
ADC #92828

**v.**                          **CASE NO. 4:25-cv-00585-BSM**

**AMY STVARTAK,** *et al.*                                          **DEFENDANTS**

### ORDER

Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 32] is adopted

and defendants' motion for summary judgment [Doc. Nos. 17] is granted.  Terry Penister's

claims are dismissed with prejudice and the clerk is directed to close this case.

IT IS SO ORDERED this 4th day of February, 2026.


_____
UNITED STATES DISTRICT JUDGE