## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TERRY PENISTER**                                                               **PLAINTIFF**
ADC #92828

**v.**                                           **CASE NO. 4:25-cv-00585-BSM**

**AMY STVARTAK,** *et al.*                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE